IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00525-WYD-BNB

THE NEIMAN MARCUS GROUP, INC.;
BERGDORF GOODMAN, INC.; and
NM NEVADA TRUST,

    Plaintiffs,

v.

NAME.COM, LLC, a/k/a NAME.COM;
NAME NET, LLC, a/k/a NAME.NET; and
SPOT DOMAINS, LLC, a/k/a DOMAINSITE.COM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Pursuant to the Stipulation filed July 3, 2007 (docket #26), Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1), filed May 31, 2007 (docket #19) is **DISMISSED WITHOUT PREJUDICE**.

    Dated:  July 5, 2007