IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00525-WYD-BNB

THE NEIMAN MARCUS GROUP, INC.;
BERGDORF GOODMAN, INC.; and
NM NEVADA TRUST,

    Plaintiffs,

v.

NAME.COM, LLC, a/k/a NAME.COM;
NAME NET, LLC, a/k/a NAME.NET; and
SPOT DOMAINS, LLC, a/k/a DOMAINSITE.COM,

    Defendants.

## ORDER

THIS MATTER, having come before the Court on the Stipulation for Dismissal with Prejudice filed October 5, 2007 (docket # 32).  The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice filed October 5, 2007 (docket #32) is **APPROVED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**.

Dated: October 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge